# THE LAW OFFICES OF SEAN M. MAHER, PLLC

October 1, 2024

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Sampson, et al.* (John Lalanne), 22 Cr. 640 (KMK)
      Request to withdraw as counsel, for the appointment of new CJA counsel, and for cocounsel to stand-in for undersigned counsel during the October 2, 2024 conference

Dear Judge Karas:

    I respectfully write to inform the Court that I must withdraw as counsel for John Lalanne and to request that the Court appoint new CJA counsel for Mr. Lalanne.

    I have accepted a fulltime position with a non-profit dedicated to improving the quality of indigent defense representation around the nation. In preparation for my new job and out-of-state relocation, I can no longer represent Mr. Lalanne.

    I also request permission for cocounsel Matthew Galluzzo, Esq. to stand for me on behalf of Mr. Lalanne at the conference scheduled for October 2, 2024. I will be out of town due to previously scheduled travel.

    Mr. Lalanne has been informed about my need to withdraw as counsel and to have cocounsel Matthew Galluzzo, Esq. stand in my stead at tomorrow's conference. Mr. Lalanne consents to Mr. Galluzzo appearing on his behalf for the limited purpose of tomorrow's conference.

    The Court's consideration is greatly appreciated.

Granted.

So Ordered.
[signature]
10/1/24

Respectfully submitted,

/S/
Sean M. Maher
*Counsel for John Lalanne*

cc:   All counsel via ECF

2796 SEDGWICK AVENUE, SUITE C1, BRONX, NEW YORK 10468
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM