UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

United States of America,

    -against-　　　　　　　　　　　　　　　　ORDER

　　　　　　　　　　　　　　　　　　　　　　　Docket No. 22 CR 640 (KMK)

John Lalanne,

               Defendant.

---------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

    Donald Yannella, III is to assume representation of the defendant in the above captioned matter as of January 16, 2025. Mr. Yannella is appointed pursuant to the Criminal Justice Act. His address is Donald Yannella, P.C, 299 Broadway, Suite 800, New York, NY 10007, phone number 212-226-2883, Email: nynjcrimlawyer@gmail.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       January 16, 2025