UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-

John Lalanne,

        Defendant.

-------------------------------------------------------x

AMENDED ORDER

Docket No. 22 CR 640 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Donald Yannella, III is to assume representation of the defendant in the above captioned matter as of January 16, 2025. Mr. Yannella is appointed pursuant to the Criminal Justice Act. His address is Donald Yannella, P.C, 299 Broadway, Suite 800, New York, NY 10007, phone number 212-226-2883, Email: nynjcrimlawyer@gmail.com

Sean Michael Maher is relieved as counsel.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       January 21, 2025